AO 240 (Rev. 1/94)

# United States District Court

_____ DISTRICT OF _____

Richard CROWELL
Plaintiff

V.

Defendant
KAThLEEN M. DENNEhY

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, Richard Crowell _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☒ Yes    ☐ No    (If "No" go to Part 2)
    If "Yes" state the place of your incarceration Old Colony Correctional Center
    Are you employed at the institution? no    Do you receive any payment from the institution? no
    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No
    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?
    a. Business, profession or other self-employment    Yes ☐    No ☒
    b. Rent payments, interest or dividends    Yes ☐    No ☒
    c. Pensions, annuities or life insurance payments    Yes ☐    No ☒
    d. Disability or workers compensation payments    Yes ☐    No ☒
    e. Gifts or inheritances    Yes ☐    No ☒
    f. Any other sources    Yes ☐    No ☒

If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

This form was electronically produced by Elite Federal Forms, Inc.

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☐ No
   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☐ No
   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____   _____
DATE             SIGNATURE OF APPLICANT

# CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____ . I further certify that the applicant has the following securities to his/her credit: _____ . I further certify that during the past six months the applicant's average balance was $ _____ .

A ledger sheet showing the past six months' transactions:
   ☐ is attached          ☐ is not available at this institution

_____   _____
DATE             SIGNATURE OF AUTHORIZED OFFICER