# The Commonwealth of Massachusetts

To The SUPERINTENDENT OF THE MASSACHUSETTS CORRECTIONAL INSTITUTION-NORFOLK

Greeting:

**Whereas**, before our SUPERIOR Court, holden at BOSTON, within and for Our County of SUFFOLK on the 13th day of June, in the year one thousand nine hundred and sixty-two RICHARD H. CROWELL was convicted of the crime of

MURDER, second degree

and thereupon by Our said Court the said

RICHARD H. CROWELL

was adjudged and sentenced for said crime to suffer imprisonment in Our State Prison for the term of

LIFE IMPRISONMENT (eff. Jan. 5, 1962)

**Now, Therefore, Know Ye**, That, by and with the advice of the Council, I, FRANCIS W. SARGENT Governor of the Commonwealth of Massachusetts, after a due hearing of the case, do hereby grant to him, the said RICHARD H. CROWELL a commutation of the punishment he is liable to endure by the aforesaid sentence to that of imprisonment in Our State Prison for the Term of Life to ~~thirty~~ 36 years to life, creating parole eligibility in twelve months or December 23, 1975

And You, the Superintendent of the Massachusetts Correctional Institution-Norfolk are required to detain and keep the said RICHARD H. CROWELL according to the aforesaid conditions.

**Witness**, His Excellency FRANCIS W. SARGENT Our Governor, with the advice and consent of Our Council and Our Great Seal hereunto affixed, at Boston, this 31st day of December in the year of Our Lord one thousand and nine hundred and seventy-four and of the Independence of the United States of America the one hundred and ninety-ninth.

Francis Sargent
By His Excellency the Governor
with the advice and consent of
the Council.

John F. X. Davoren
Secretary of the Commonwealth

# Commonwealth of Massachusetts.

SUFFOLK, TO WIT:

L. S.

To the Sheriff of said County of Suffolk, his Deputies, the Officers of the Court hereinafter named, and the Superintendent of the Massachusetts Correctional Institution, Walpole, in the County of Norfolk.

GREETING:

**Whereas,** by the consideration of the Superior Court holden at Boston within and for the County of Suffolk for the transaction of Criminal Business, on the  **thirteenth** day of **June** in the year of our Lord one thousand nine hundred and **sixty-two**

Richard H. Crowell

now in custody of the Sheriff of said County of Suffolk, convicted of the crime of

murder in the second degree,
G.L. Chapter 265, Section 2.,

committed at said Boston, was sentenced to be confined in said Massachusetts Correctional Institution, Walpole, for ~~xxxxxxxxxxxxxxxxxxxxx~~ and during the term of ~~xxxxxxxxxxxxxx~~ ~~xxx~~ his natural life ~~xxx~~ and to stand committed in pursuance of said sentence.

The Court in imposing sentence orders that the defendant be deemed to have served one hundred and fifty-nine days of said sentence.

WE, THEREFORE, command you, the said Sheriff, Deputies and Officers of said Court, to remove the said **Crowell** from the Jail in Boston in the said County of Suffolk, to said Massachusetts Correctional Institution, Walpole in the said County of Norfolk; and we command you, the said Superintendent to receive the said **Crowell** and immediately thereon to cause the said **Crowell** to be confined therein for ~~xxxxxxxxxxxxxxxxxxxx~~ and during the term of his ~~xxxxxxxxxxxxxxxxxx~~ natural life. ~~xxxxx~~

And for so doing this shall be your warrant; and you said Sheriffs and Officers are to make return of this warrant with your doings thereon to the office of the Clerk of said Superior Court in Boston as soon as may be.

**Witness,** PAUL C. REARDON, Esquire, Chief Justice of said Superior Court, at Boston, this **thirteenth** day of **June** in the year of our Lord one thousand nine hundred and **sixty-two** and sealed with the seal of said Court.

A True Copy,
Attest *(signed) Michael J. Mahoney*

Martin J. Lee
{ Assistant Clerk of
{ said Superior Court.

FORM 145-1000-6-59

# Commonwealth of Massachusetts.

SUFFOLK, to wit:

To the Sheriff of said County of Suffolk, his Deputies, the Officers of the Court hereinafter named, and the Superintendent of the Massachusetts Correctional Institution, Walpole, in the County of Norfolk.

L. S.

GREETING:

**Whereas,** by the consideration of the Superior Court holden at Boston within and for the County of Suffolk for the transaction of Criminal Business, on the **thirteenth** day of **June** in the year of our Lord one thousand nine hundred and **sixty-two**

Richard H. Crowell

now in custody of the Sheriff of said County of Suffolk, convicted of the crime of

murder in the second degree,
G.L. Chapter 265, Section 2.,

committed at said Boston, was sentenced to be confined in said Massachusetts Correctional Institution, Walpole, for~~xxxxxxxxxxxxxxxxxxxx~~ and during the term of ~~xxxxxxxxxx~~ ~~xxx~~ his natural life ~~xxxx~~ and to stand committed in pursuance of said sentence.

The Court in imposing sentence orders that the defendant be deemed to have served one hundred and fifty-nine days of said sentence.

WE, THEREFORE, command you, the said Sheriff, Deputies and Officers of said Court, to remove the said **Crowell** from the Jail in Boston in the said County of Suffolk, to said Massachusetts Correctional Institution, Walpole in the said County of Norfolk; and we command you, the said Superintendent to receive the said **Crowell** and immediately thereon to cause the said **Crowell** to be confined therein for ~~xxxxxxxxxxxxxxxxx~~ and during the term of his ~~xxxxxxxxxxxxxxxxx~~ natural life. ~~xxxx~~

And for so doing this shall be your warrant; and you, said Sheriffs and Officers are to make return of this warrant with your doings thereon to the office of the Clerk of said Superior Court in Boston as soon as may be.

**Witness,** PAUL C. REARDON, Esquire, Chief Justice of said Superior Court, at Boston, this **thirteenth** day of **June** in the year of our Lord one thousand nine hundred and **sixty-two** and sealed with the seal of said Court.

A True Copy,
Attest: _[signature]_

Martin J. Lee
Assistant Clerk of said Superior Court.

FORM 145-1000-6-59

JS 44
(Rev. 11/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
RICHARD CROWELL

## DEFENDANTS
KATHLEEN M DENNEHY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ■ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ■ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Commited sentence was done on 1-4-98.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

 

# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Department of Correction
### Old Colony Correctional Center

One Administration Road

Bridgewater, MA 02324

www.mass.gov/doc

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lt. Governor*

**Edward A. Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Commissioner*

**James Bender**
*Acting Deputy Commissioner*

**Bernard F. Brady**
*Acting Superintendent*

July 26, 2004

Richard Crowell   W28969
Old Colony Correctional Center
Attucks II
One Administration Road
Bridgewater, MA  02324

Dear Mr. Crowell,

Your correspondence addressed to Acting Deputy Commissioner James Bender dated July 8, 2004 has been referred to my office for response.

It is noted in your sentencing records that your Life sentence was commuted to read 36 years to LIFE on December 31, 1974. As such, you are eligible for parole release after 36 years. In the absence of a parole release you have been sentenced to life imprisonment. However, I have been assured by the Old Colony Correctional Center Institutional Parole Officer Nelson Bauman that your parole issues are currently pending with the Massachusetts Parole Department. As such all future issues regarding your parole status should be directed to the Parole Department.

I trust this response addresses your issues.

Sincerely,

Bernard F Brady
Acting Superintendent

cc: James R Bender, Acting Deputy Commissioner
    File





# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Parole Board

45 Hospital Road, P.O. Box 647
Medfield, Massachusetts 02052
Telephone # (508) 242.8150
Facsimile # (508) 242.8100

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Maureen E. Walsh**
*Chairman*

**Donald V. Giancioppo**
*Executive Director*

July 26, 2004

Richard Crowell
One Administration Road
Bridgewater MA 02324

Dear Mr. Crowell:

I am in receipt of your letter to the Executive Office of Public Safety and the Governor's Office regarding your recent parole hearing.

I have had an opportunity to review your letter as well as the accompanying documents. While I understand that you are disappointed with the result of your recent parole hearing, please be assured that the parole process did work and that your hearing was fair and impartial.

It appears that you had been given a parole to "Project Turnabout," however you were returned to prison due a variety of issues while at the program. You were given a parole hearing, at which time the members of the Parole Board requested further information from the Re-entry case coordinators at the Department of Corrections as well as the Institutional Parole Staff to propose a structured setting that would be conducive to your continued success.

Unfortunately, despite the staff's best efforts in locating appropriate treatment, they were unable to ascertain a structured setting that would address your needs (most particularly the mental health/head injury issues). Given this information about a lack of a home plan, the Board is not in the position to release you. However, I did note that several board members indicated on the vote that they would reconsider their decision if an appropriate home plan is offered.

I hope that this information is helpful and I would encourage you to continue searching for a treatment plan that would make your transition back into the community a success.

Sincerely,

Maureen E. Walsh
Chairman
Massachusetts Parole Board
Cc: Undersecretary Patrick Bradley, EOPS

# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Parole Board

45 Hospital Road
P.O. Box 647
Medfield, Massachusetts 02052

Telephone # (508) 242-8001
Facsimile # (508) 242-8100

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Maureen E. Walsh**
*Chairman*

**Donald V. Giancioppo**
*Executive Director*

## RECORD OF DECISION

IN THE MATTER OF

**RICHRD CROWELL**
**W—28969**

**TYPE OF HEARING:** Resolve Action Pending (of vote of May 12, 2004)

**DATE OF HEARING:** Office Vote

**DATE OF DECISION:** July 12, 2004

**PARTICIPATING BOARD MEMBERS:** Daniel Dewey, Doris Dottridge, Joyce Hooley, Candace Kochin, Deborah McDonagh, Thomas F. Merigan, Jr., Maureen Walsh

**DECISION OF THE BOARD:** Deny. Four parole failures. Unsuccessful placement to Project Turnabout. Assaultive behavior. Head injury, no appropriate placement that ensures public safety. Review three years.

Board Member 1:   Concur.
Board Member 2:   Concur.
Board Member 3:   Concur. If subject does get accepted to another program, would entertain release.
Board Member 4:   Concur.
Board Member 5:   Concur.
Board Member 6:   Concur-if accepted to program will consider.
Board Member 7:   Concur.

*I certify that this is the decision and reasons of the Massachusetts Parole Board regarding the above referenced hearing.*

_____
Executive Director

_____7/13/04_____
Date




# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Parole Board

45 Hospital Road
P.O. Box 647
Medfield, Massachusetts 02052

Telephone # (508) 242-8001
Facsimile # (508) 242-8100

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Maureen E. Walsh**
*Chairman*

**Donald V. Giancioppo**
*Chief of Staff*

## RECORD OF DECISION

### IN THE MATTER OF

### RICHARD CROWELL
### W-28969

**TYPE OF HEARING:** Review

**DATE OF HEARING:** April 20, 2004

**DATE OF DECISION:** May 12, 2004

**PARTICIPATING BOARD MEMBERS:** Daniel Dewey, Doris Dottridge, Joyce Hooley, Candice Kochin, Deborah McDonagh, Thomas F. Merigan, Maureen Walsh

**DECISION OF THE BOARD:** Action pending-Administrative review by Parole Board in 60 days. Inmate to work w[ith] DOC [Department of Correction] reentry and IPO [Institutional Parole Officer] to propose an appropriate re-entry place to address housing that encompasses both MH [Mental Health] and head injury issues-Needs to propose a structured setting (more than simply a LTRP [Long Treatment Residential Program]).

Board Member 1:   Concur.
Board Member 2:   Concur.
Board Member 3:   Concur w[ith] above.
Board Member 4:   Concur.
Board Member 5:   Concur.
Board Member 6:   Concur.
Board Member 7:   Concur.

  I certify that this is the decision and reasons of the Massachusetts Parole Board regarding the above referenced hearing.

_____          5/14/04
Chief of Staff                                     Date



# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Parole Board

45 Hospital Road
P.O. Box 647
Medfield, Massachusetts 02052

Telephone # (508) 242-8001
Facsimile # (508) 242-8100

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Maureen E. Walsh**
*Chairman*

**Donald V. Giancioppo**
*Chief of Staff*

## RECORD OF DECISION

### IN THE MATTER OF
### RICHARD CROWELL
### W-28969

**TYPE OF HEARING:** Resolve Action pending (of vote of March 4, 2003)

**DATE OF HEARING:** Office Vote

**DATE OF DECISION:** July 17, 2003

**PARTICIPATING BOARD MEMBERS:** Daniel Dewey, Doris Dottridge, Joyce Hooley, John Kivlan, Robert Murphy, Maureen Walsh

**DECISION OF THE BOARD:** Resolve AP [Action Pending]-Res[erve] to Project Runabout 8/10/03. Subject has MH [Mental Health] issues and head trauma-Which will be address under Dr. Foster recommendation. Subject has been back 12 yrs on PVR [Parole Violation Report] and is ready for community supervision.

*Special conditions:* Waive work for program. Supervise for drugs; testing required. Supervise for liquor abstinence; testing required. Report to assigned MA Parole Office on day of release. Counseling through statewide head injury program. Must complete long term residential program. Alcohol anonymous at least three times a week.

Board Member 1: Resolve action pending. Res[erve] Project Turnabout. Subject has mental health issues (as a result of head trauma).

Board Member 2: Resolve AP [Action Pending]-Reserve was not shooter in original case. Age 61-health and MH [Mental Health] issues-MH plan appears appropriate.

Board Member 3: Denied. 3 years.

Board Member 4: Reserve to LTRP [Long Term Residential Program].

Board Member 5: Res[erve] to RT [Residential treatment] Program. Concur with final vote.

Board Member 6: Concur w/final vote.

*I certify that this is the decision and reasons of the Massachusetts Parole Board regarding the above referenced hearing.*

_____          8-AUG-03
Chief of Staff                                              Date