UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12083-RWZ

RICHARD CROWELL

v.

KATHLEEN M. DENNEHY, COMMISSIONER

ORDER

October 1, 2004

ZOBEL, D.J.

This is petitioner's fourth attempt to achieve release on parole based on the Governor's commutation of his life sentence to "36 years to life."

The request to proceed in forma pauperis is allowed. However, the petition is dismissed pursuant to Rule 4 of the Habeas Corpus Rules for failure to state a claim upon which the relief petitioner seeks may be granted.

Judgment may be entered dismissing the petition.

|  |  |
|---|---|
| DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |