UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD CROWELL
        Petitioner

CIVIL ACTION

V.

NO. 04CV12083-RWZ

KATHLEEN DENNEHY
        Respondent

ORDER OF DISMISSAL

ZOBEL, D. J.

In accordance with the Court's Memorandum and Order dated 10/1/04 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

s/ Lisa A. Urso
Deputy Clerk

Date: 10/7/04

(2254dism.ord - 09/92)  [odism.]