04-cv-12083-RWZ

Rya W Zobel
United States District Judge.

FILED Oct 6 2004

2004 OCT -8 P 12: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

Greetings Justice Zobel.

Just a few lines to say thank you for sending me the Order October 1, 2004 that dismissing the petition.

Justice Zobel. I have been doing my best to have my case heard by the Court because I feel there is no need to be held any more or deal with the Parole dept and how they seen the law on concute term sentence.

Parole had me place back in 1990 and I had been out since 1975 when Governor Sargent gave the concute term of 36 years and that has pass on 1-4-98 and there is no need to be held any more.

I would like you to see how the Parole board has been dealing with my case so you have a better under standing of how the full board has been dealing with my case.

And dont think they were very fair in given me set backs of 1 one year in 98 and in 91 they

And seen Parole in 1997 they give me a 5 year set back that was not call for on my case.

Because my Comuted term was dove on 1-4-98. and here I am dealing with the Parole Board that give me a 3 year set back.

And if I have to do this I will be Place back 15 year for nothing.

All because the Parole Board see the law there way and I see this me way cend the term come to a end and don't need to be held.

thank you for your time and here are some of the Parole Record of Decision on my case since being Place back in 1990 for nothing and you have my word on this.

Richie
one of the good guys
(smile)

Richard Crowell
1 Administration Road
Bridgewater Ma 02324

Ps let me know you recived this ok. thank you