United States District Court  
District of Massachusetts.   Civil Action  
No. 04CV12083.  
Crowell V Dennehy

2004 OCT 14 P 4: 54

Greetings.

Just a few lines to let you know that you have come to my mind (smile) and hope things are going well health is good

As for me here at Old Colony Correctional Center at Bridgewater doing the day at time thing for now.

I recived the Order of Dismissi. by the Judge Zobel DJ. and would like to file a appeal on this case.

the Order says I would like to be rebase on Parole because of my comuted term sentence of 36 years to life.

I was doing murder second 2nd with Parole when the Governor Segan Comuted my life sentence to a term of 36 years and that term has past on 1-4-98 and here I am dealing with the Parole Board and how they seen my comuted term sentence as a life term

Parole had me Vlace back in 1990 and was given the run around by the Parole board.

over

they give me a one year set back in 1990 and I had been out since 1975 when Governor Sargent comuted my life sentence to a tim of 36 years.

Parole give me the run around with 2-3 year set backs and in 92 they give me a 5 five year set back that was not call for on my case.

Because the Comuted term was done on 1-4-98 and here I am dealing with the Parole board and the set back of 3 years.

One real good thing was the letter I received from the Chief Justice William G Young. telling me he was the Governors Counsel at the time and give the ok for my sentence to be comuted. he show me he had a lot of class.

this is just a short note to let you know I am appealing the Court order. thank you for your time and any help you can give me.

Richard Crowell W28969
Old Colone Correctional Center
1 Administration Road
Bridgewater Mass 05324

Richie
one of the good guys
Camile