United States District Court.
Office of the Clerk.

Sept 30 2004

Greetings.

Just a few lines to let you know that you have come to my mind (smile) and hope things are going well and health is good.

As for me here at Old Colony Correctional Center oh putting things together for a hearing on the Writ of Habeas Corpus I have filed.

And would like you to put this with the record on my case the Record of Decision By the Parole Board that shows my life sentence Murder second was comited to a term of 36 years and that has past on 1-4-98 and here I am dealing with the Parole Board and how they have seen my comited term.

thank you for your time and help with this.

P.s let me know you received this ok. they hold the mail up here.

Richie
one of the good guys
(smile)

# The Commonwealth of Massachusetts

To The SUPERINTENDENT OF THE MASSACHUSETTS CORRECTIONAL INSTITUTION-NORFOLK

Greeting:

**Whereas,** before our SUPERIOR Court, holden at BOSTON, within and for Our County of SUFFOLK on the 13th day of June, in the year one thousand nine hundred and sixty-two RICHARD H. CROWELL was convicted of the crime of

MURDER, second degree

and thereupon by Our said Court the said

RICHARD H. CROWELL

was adjudged and sentenced for said crime to suffer imprisonment in Our State Prison for the term of

LIFE IMPRISONMENT (eff. Jan. 5, 1962)

**Now, Therefore, Know Ye,** That, by and with the advice of the Council, I, FRANCIS W. SARGENT Governor of the Commonwealth of Massachusetts, after a due hearing of the case, do hereby grant to him, the said RICHARD H. CROWELL a commutation of the punishment he is liable to endure by the aforesaid sentence to that of imprisonment in Our State Prison for the Term of Life to ~~XXXXXX~~ 36 years to life, creating parole eligibility in twelve months or December 23, 1975

And You, the Superintendent of the Massachusetts Correctional Institution-Norfolk are required to detain and keep the said RICHARD H. CROWELL according to the aforesaid conditions.

**Witness,** His Excellency FRANCIS W. SARGENT Our Governor, with the advice and consent of Our Council and Our Great Seal hereunto affixed, at Boston, this 31st day of December in the year of Our Lord one thousand and nine hundred and seventy-four and of the Independence of the United States of America the one hundred and ninety-ninth.

*Francis W. Sargent*

By His Excellency the Governor with the advice and consent of the Council.

*John F. X. Davoren*
Secretary of the Commonwealth

# Commonwealth of Massachusetts.

SUFFOLK, TO WIT:

L. S.

To the Sheriff of said County of Suffolk, his Deputies, the Officers of the Court hereinafter named, and the Superintendent of the Massachusetts Correctional Institution, Walpole, in the County of Norfolk.

GREETING:

**Whereas,** by the consideration of the Superior Court holden at Boston within and for the County of Suffolk for the transaction of Criminal Business, on the **thirteenth** day of **June** in the year of our Lord one thousand nine hundred and **sixty-two**

Richard H. Crowell

now in custody of the Sheriff of said County of Suffolk, convicted of the crime of

murder in the second degree, G.L. Chapter 265, Section 2.,

committed at said Boston, was sentenced to be confined in said Massachusetts Correctional Institution, Walpole, for ~~xxxxxxxxxxxxxxxxxxx~~ and during the term of ~~xxxxxxxxxxxx~~ ~~xxx~~ his natural life ~~xxxx~~ and to stand committed in pursuance of said sentence.

The Court in imposing sentence orders that the defendant be deemed to have served one hundred and fifty-nine days of said sentence.

WE, THEREFORE, command you, the said Sheriff, Deputies and Officers of said Court, to remove the said **Crowell** from the Jail in Boston in the said County of Suffolk, to said Massachusetts Correctional Institution, Walpole in the said County of Norfolk; and we command you, the said Superintendent to receive the said **Crowell** and immediately thereon to cause the said **Crowell** to be confined therein for ~~xxxxxxxxxxxxxxxx~~ and during the term of his ~~xxxxxxxxxxxxxxx~~ natural life. ~~xxxxx~~

And for so doing this shall be your warrant; and you said Sheriffs and Officers are to make return of this warrant with your doings thereon to the office of the Clerk of said Superior Court in Boston as soon as may be.

**Witness,** PAUL C. REARDON, Esquire, Chief Justice of said Superior Court, at Boston, this **thirteenth** day of **June** in the year of our Lord one thousand nine hundred and **sixty-two** and sealed with the seal of said Court.

A True Copy,
Attest: *Michael J. Mahoney*

Martin J. Lee
{ Assistant Clerk of
{ said Superior Court.

FORM 145-1000-6-59

*The Commonwealth of Massachusetts*

*Executive Office of Public Safety*

*Parole Board*

Sheila A. Hubbard
Chair

Natalie R. Hardy
Executive Director

27-43 Wormwood Street, Suite 300
Boston, Massachusetts 02210-1606

(617) 727-3271

**RECORD OF DECISION**
in the matter of

Richard Crowell
W-28969

**OFFENSE AND SENTENCE:** On June 13, 1962, in Suffolk Superior Court, Mr. Crowell was sentenced to life imprisonment for murder in the second degree. On the same date he also received a 15 - 20 year concurrent sentence for armed assault with intent to rob; a 15 - 20 year concurrent sentence for armed robbery; and a 3-5 year concurrent sentence for assault with a dangerous weapon. The effective date of sentence is January 5, 1962, creating an initial parole eligibility date of January 4, 1977.

On December 31, 1974 Governor Sargent commuted Mr. Crowell's sentence to a term of 36 years to life, creating a parole eligibility date of December 23, 1975.

| | |
|---|---|
| **TYPE OF HEARING:** | Review hearing |
| **DATE OF HEARING:** | December 12, 1994 |
| **DATE OF DECISION:** | January 10, 1995 |

**VOTE OF THE BOARD:** After conducting a public hearing, the Parole Board voted to deny parole and ordered a review hearing in three years.

The Board stated that Mr. Crowell takes little responsibility for his criminal behavior and shows no remorse or feelings for the victim. The Board recognizes that Mr. Crowell is in need of services but his substance abuse issues and past parole failures strongly indicate that Mr. Crowell is a risk to re-offend.

_Sheila A. Hubbard_
Chair

Date: January 27, 1995

# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Parole Board

27-43 Wormwood Street, Suite 300
Boston, Massachusetts 02210-1606

(617) 727-3271

Sheila A. Hubbard
Chair

Natalie R. Hardy
Executive Director

## RECORD OF DECISION
In the matter of

Richard Crowell
W-28969

**OFFENSE AND SENTENCE:** On June 13, 1962, in Suffolk Superior Court, Mr. Crowell was sentenced to life imprisonment for murder in the second degree. On the same date he also received a 15-20 year concurrent sentence for armed assault with intent to rob; a 15-20 year concurrent sentence for armed robbery; and a 3-5 year concurrent sentence for assault with a dangerous weapon. The effective date of sentence is January 5, 1962, creating an initial parole eligibility date of January 4, 1977.

On December 31, 1974, Mr. Crowell's sentence was commuted by Governor Sargent to a term of 36 years to life, creating a parole eligibility date of December 23, 1975.

**TYPE OF HEARING:** Review Hearing

**DATE OF HEARING:** December 29, 1997

**DATE OF DECISION:** February 23, 1998

**PARTICIPATING BOARD MEMBERS:** Sheila A. Hubbard, Chair, Daniel M. Dewey, Mary Ellen Doyle, Terence J. McArdle, Robert Murphy, Michael Pomarole.

**DECISION OF BOARD:** Denied - AR [annual review] 5 Years. Inmate has had 3 Parole Failures. D-Issues since last hearing. Threats. No Programming - returns to Higher Custody.

Board Member 1: Concur.

Board Member 2: Concur.