Rya W. Zobel.  
United States District Judge.

United States District  
Court of Massachusetts.

Civil Action No 04-12083. RWZ.

Greetings Justice Zobel.

Just a few lines to let you know that you have come to my mind today (smile) and hope things are going well and had a good Holiday, health is good.

As for me here at Old Colony Correctional Center at Bridgewater. were I am doing the day at time thing here dealing with the 3 year set back the Parole board give me in July 2004.

that was not call for on my case. because I am not doing a life sentence murder second 2nd with Parole that were changed in 1977 when Governor Sargent comuted my life sentence to a term of 36 years and was let go.

And Parole had me Place back in 1990. and give me the run around with set backs that were not call for on my case of 1 one year in 90 and then in 91 Parole give me a 3 year set back that had to done and seen Parole in 94 and was given a nother 3 year set back.

over.

Seen Parole in 1997 and this time they give me a 5 five year set back that was not call for and could not change the boards mind.

And found out the comited term was done on 1-4-98 here I am still dealing with the Parole board and how they have seen my comited term of 36 years as a life sentence.

the only way I can explaine this is to show you what records I do have that show my side of this story.

thank you for your time and under standing of what is needed on this case.